# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Wesley J. Crawford,

    Petitioner,

Civil No. 10-4768 (MJD/JJG)

v.

**ORDER ON REPORT AND RECOMMENDATION**

Scott P. Fisher,

    Respondent.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241, (Doc. No. 1), is **DENIED**;

2. Petitioner's application for leave to proceed in forma pauperis, (Doc. No. 2), is **DENIED**; and

3. This action is summarily **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 12, 2011        s/Michael J. Davis
                                              MICHAEL J. DAVIS
                                              Chief United States District Judge